UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARRY SCHUELE,

          Plaintiff,

v.

APPLE INC.,

          Defendant.

Case No.: 8:26-cv-01955-JLB-AAS

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT APPLE INC.

Brian G. Liegel of the law firm of Weil, Gotshal & Manges LLP, files this notice of appearance as counsel on behalf of Defendant Apple Inc. in this proceeding and gives notice that all further pleadings and papers should be served upon Brian G. Liegel, Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami FL 33131; email: brian.liegel@weil.com.

Respectfully submitted on this 17th day of July 2026.

*/s/ Brian G. Liegel*
Brian G. Liegel
Florida Bar No. 119269
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Brian.Liegel@weil.com

DAVID R. SINGH + (Lead Counsel)
David.Singh@weil.com
MORGAN MACBRIDE +
Morgan.Macbride@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650-802-3000
Fax: 650-802-3000

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT APPLE INC.**     **1**

JAMES M. PEARL +
James.Pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of the Stars, Ste. 1800
Los Angeles, CA 90067
Tel: 213-667-5100
Fax: 213-667-5111

+ *Pro Hac Vice forthcoming*

*Counsel for Defendant Apple Inc.*

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT APPLE INC.**      **2**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 17, 2026, I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of

record who have registered to receive notifications.

I hereby further certify that a copy of the above has been sent via electronic mail to the

following:

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Karry Schuele*

/s/ Brian G. Liegel
Brian G. Liegel
Florida Bar No. 0119269

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT APPLE INC.**       **3**