UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARRY SCHUELE,

                Plaintiff,

v.

APPLE INC.,

                Defendant.

Case No.: 8:26-cv-01955-JLB-AAS

## **<u>MOTION FOR SPECIAL ADMISSION</u>**

James M. Pearl, Esquire, moves for special admission to represent Apple Inc. in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of the Courts in the following jurisdictions: California State, the United States District Court for the Central District of California, and the United States Court of Appeals for the Ninth Circuit.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in state or federal court in Florida in the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who

**MOTION FOR SPECIAL ADMISSION**     **1**

so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted on this 20th day of July 2026.

*/s/ James M. Pearl*
JAMES M. PEARL
James.Pearl@weil.com
WEIL, GOTSHAL & MANGES LLP
1999 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067
Tel: 213-667-5100
Fax: 213-667-5111

*Counsel for Defendant Apple Inc.*

**MOTION FOR SPECIAL ADMISSION        2**

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Counsel for Apple has conferred with the opposing party and represents that the opposing party does not object to my special admission.

<u>/s/ James M. Pearl</u>
James M. Pearl
*Pro Hac Vice pending*

**MOTION FOR SPECIAL ADMISSION        3**

## CERTIFICATE OF SERVICE

I certify that on July 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notifications.

I hereby further certify that a copy of the above has been sent via electronic mail to the following:

GILLIAN L. WADE
gwade@waykayslay.com
SARA D. AVILA
sara@waykayslay.com
COLLINS KILGORE
ckilgore@waykayslay.com
MARC A. CASTANEDA
marc@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Ave., Suite 100E
Santa Monica, CA 90404
Telephone: (310) 667-7273

EDWIN J. KILPELA, JR.
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
Telephone: (412) 370-6045

DAVID SLADE
slade@waykayslay.com
WADE KILPELA SLADE LLP
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

*Attorneys for Plaintiff Karry Schuele*

/s/ Brian G. Liegel
Brian G. Liegel
Florida Bar No. 0119269

**MOTION FOR SPECIAL ADMISSION       4**